EDITH WEGNER, Respondent, and JOHN J. WEGNER, Plaintiff, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant, and B. TURECAMO CONTRACTING CO., INC., Defendant.— In an action by husband and wife, based in negligence, order setting aside verdict in favor of plaintiff Edith Wegner on the ground of inadequacy, severing the action, and granting a new trial as to her, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

SYDNEY C. WEINSTEIN, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Order of Appellate Term affirming a judgment of the Municipal Court of the City of New York, Borough of Queens, Small Claims Part, in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

## (March 30, 1937.)

NICHOLAS BUDALICH, Respondent, v. THE BALTIMORE & OHIO RAILROAD COMPANY, Defendant, and THE STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.— Action under the Employers' Liability Act to recover damages for personal injuries sustained by plaintiff when the die of a compressed air riveting gun flew out and struck him. The action was discontinued against The Baltimore and Ohio Railroad Company. The Staten Island Rapid Transit Railway Company appeals from the judgment entered on a verdict for plaintiff in the sum of $6,250. Judgment reversed on the facts and a new trial granted, costs to appellant to abide the event, unless within ten days from the entry of the order hereon plaintiff stipulate to reduce to $1,000 the amount of the verdict rendered in his favor; in which event the judgment as so reduced is unanimously affirmed, without costs. We are of the opinion that the verdict was excessive. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

MARY CHMIELEWSKI, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Order of the Appellate Term affirming a judgment of the Municipal Court, Borough of Brooklyn, in an action to recover the death benefit under an insurance policy, unanimously affirmed, with costs. Appeals from the judgment of the Appellate Term and from the judgment of the Municipal Court dismissed. The Appellate Term does not render judgment, and an appeal does not lie from the judgment of the Municipal Court. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

COLEN-GRUHN CO., INC., Plaintiff, v. 1133 WASHINGTON, INC., and MARY HOLTZMAN, Defendants; NATHAN HOLTZMAN, Appellant; EDWARD J. GAYNOR, Receiver, Respondent.— Order restraining appellant from interfering with the receiver's possession and directing appellant to deliver to the receiver a statement showing the tenants in the premises and the rents due from them, etc., in so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The assignment, which antedated the order appointing the receiver, was intended by the parties to be absolute and unqualified, operating *in praesenti*, and conferred upon appellant an unquestionable right against the subsequent receivership. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.